UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN JOHNSON | : | |
| Plaintiff | : | Case No. 10-CV-05103 |
| v. | : | |
| | : | Judge: Petrese B. Tucker |
| QUALITY ASSET RECOVERY, LLC | : | |
| Defendant | : | |

## JOINT STIPULATION OF DISMISSAL AS TO ALL DEFENDANTS

It is hereby stipulated and agreed by Plaintiff and Defendant, pursuant to Fed. R. Civ. P. 41, that the within matter is dismissed with prejudice and without costs as to all Defendants.

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |
|---|---|
| PIONTEK LAW OFFICE | FINEMAN, KREKSTEIN & HARRIS, P.C. |
| /s/ Vicki Piontek | /s/ Richard J. Perr |
| _____ | _____ |
| Vicki Piontek, Esq. | Richard J. Perr |
| 951 Allentown Rd. | Mellon Bank Center, Ste. 600 |
| Lansdale, PA  19446 | 1735 Market Street |
| (717) 533-7472 | Philadelphia, PA  19102 |
| palaw@justice.com | (215) 893-9300 |
| | reperr@finemanlawfirm.com |

Dated: April 18, 2011

And now, this _____ day of _____, 2011, the above Stipulation is approved.

BY THE COURT:

_____

Hon. Petrese B. Tucker